# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 91CR1075-H |
| Plaintiff, | JUDGMENT AND ORDER OF DISMISSAL |
| v. | |
| MARIO RUFO SANDOVAL-GONZALEZ (3), | |
| Defendant. | |

GOOD CAUSE APPEARING and upon the motion of the Government, IT IS HEREBY ORDERED that the Indictment in the above entitled case against defendant Mario Rufo Sandoval-Gonzalez is **dismissed without prejudice**. The defendant is hereby discharged and the arrest warrant is hereby recalled.

IT IS SO ORDERED.

DATED: December 4, 2012

*[signature]*
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT